**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ANDRE PACHECO,**

                **Plaintiff,**

      **v.**                                        **9:09-cv-614**

**BRIAN FISCHER, ET AL.,**

                **Defendants.**
_____

**APPEARANCES:**                            **OF COUNSEL:**

**Andre Pacheco**
03-A-4973
Mid-Orange Correctional Facility
900 Kings Highway
Warwick, NY 10990
Plaintiff, *pro se*

**HON. ANDREW M. CUOMO**          **Dean J. Higgins, Esq.**
Attorney General of the State of New York    Assistant Attorney General
The Capitol
Albany, NY 12224
Attorney for Defendants

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### **ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 19th day of January, 2011. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections[1] submitted thereto, it is

    ORDERED that:

    1. The Report-Recommendation is hereby adopted in its entirety.

    2. The defendant Fischer's motion for summary judgment (Dkt. No. 47) is granted and the complaint is dismissed as to defendant Fischer only.  The Clerk shall enter judgment accordingly.

    3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

    **IT IS SO ORDERED.**

Dated: March 3, 2011
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

---

[1] On January 30, 2011, plaintiff forwarded a letter to Magistrate Judge Baxter asking the Court to, "remove Commissioner Fischer off the lawsuit of the civil rights complaint again [sic] him . . .".  (Dkt. No. 59).